# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**Alliance Laundry Systems, LLC**
    Plaintiff
  vs.                      **CASE NUMBER: 6:18-CV-180 (DNH/TWD)**

**Stephen Engle**
    Defendant

**Decision by Court.**    This action came to hearing before the Court.
                              The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion for Default Judgment is GRANTED, therefore Judgment is entered in favor of plaintiff. As to damages, the principal owed as of January 12, 2018 was $72,926.20. As of January 12, 2018, interest owed was $1,831.26 with late fees of $562.80. Interest owed from January 12, 2018 to June 7, 2018 was $2,130.05 with late fees of $704.38. Additionally, plaintiff's counsel incurred costs and disbursements of $806.00, resulting in a total of unpaid principal, pre-judgment interest, late fees, and costs of $78,960.69. Pursuant to 28 U.S.C. § 1961(a), plaintiff is also entitled to post-judgment interest. The rate of such interest "shall be calculated from the date of entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment." 28 U.S.C. § 1961(a).

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated this 4th day of September, 2018.

DATED: September 26, 2018

*John Domurad*
Clerk of Court

*Joanne Bleskoski*

s/_____
Joanne Bleskoski
Deputy Clerk